**Order entered February 11, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00945-CR**

**RODERICK WAYNE NELSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F19-24910-I**

**ORDER**

The reporter's record was filed January 31, 2022. Missing from the record are the following exhibits, each of which was admitted and published at trial: State's exhibit 1 (Bank of America surveillance video), State's exhibit 17 (video from the first arriving officer's body camera), State's exhibit 22 (video montage from the Oak Glen Apartment complex surveillance system), and Defendant's exhibit 1 (video from the Oak Glen Apartment complex surveillance system).

We **ORDER** court reporter Mary Snider to file a supplemental reporter's record containing true and correct playable copies of these four exhibits **BY FEBRUARY 22, 2022**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Nancy Kennedy, Presiding Judge, Criminal District Court No. 2; to Mary Snider, official court reporter, Criminal District Court No. 2; and to counsel for all parties.

/s/    ERIN A. NOWELL
         JUSTICE